### FLOYD COUNTY *v.* NICHOLS *et al.*

GROVES, Justice. This case is controlled by the rulings in *Walden,* treasurer, v. *Nichols,* infra.

*Judgment reversed. All the Justices concur, except Wyatt, J., who concurs specially, and Bell, J., absent on account of illness.*

No. 16356.  OCTOBER 11, 1948.

*James Maddox,* for plaintiff in error.

*Graham Wright, Covington, Covington & Sullivan,* and *Matthews, Owens & Maddox,* contra.